UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
AUG 02 2016
DAVID CREWS, CLERK
BY _____ Deputy

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CRIMINAL NO. 1:16CR040

WESLEY SCOTT GREENE

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to the two-count Indictment, which charges:

　　(a) Count One: that defendant knowingly used facilities in interstate commerce, that is, "Chatango," an Internet chat site, the "World of Warcraft" Internet game, text messaging, and cellular telephone communications, to attempt to persuade, induce and entice a 12-year-old minor to engage in sexual activity with him which would constitute the crime of statutory rape, for which WESLEY SCOTT GREENE could be prosecuted under the laws of the State of Mississippi (Mississippi Code Annotated § 97-3-65(a)), and sexual battery, for which WESLEY SCOTT GREENE could be prosecuted under the laws of the State of Mississippi (Mississippi Code Annotated § 97-3-95(1)(c)) all in violation of Title

18, United States Code, Section 2422(b), which carries maximum possible penalties of not less than 10 years and not more than life imprisonment, not more than $250,000 fine, not less than 5 years and not more than life supervised release, special assessment of $100, and special assessment of $5,000.

(b) Count Two: that he knowingly traveled in interstate commerce, from Alabama to Mantachie, Mississippi, for the purpose of engaging in an illicit sexual act with a person under 18 years of age, that is, WESLEY SCOTT GREENE, being 25 years of age, did travel to Mississippi to engage in sexual penetration and sexual touching of a 12-year old minor, which acts would constitute statutory rape, sexual battery of a minor, and fondling of a minor, violations of Mississippi Code Annotated § 97-3-65(a), § 97-3-95(c) and § 97-5-23, Sections 39-13-506(b), all in violation of Title 18, United States Code, Section 2423(b), which carries maximum possible penalties of not more than 30 years imprisonment, not more than $250,000 fine, not less than 5 and not more than life supervised release, special assessment of $100, and special assessment of $5,000.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charges.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4.   VIOLATIONS OF THIS AGREEMENT:   If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence.   Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5.   ACKNOWLEDGMENTS:   Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea(s) of guilty.   This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney.   The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion.   The defendant is pleading guilty because defendant is in fact guilty.

This the __25th__ day of __July__, 20__16__.

_____
FELICIA C. ADAMS
United States Attorney

AGREED AND CONSENTED TO:

_____
WESLEY SCOTT GREENE
Defendant

APPROVED:

_____
MICHAEL SCOTT DAVIS
Attorney for Defendant
Mississippi Bar No. 103225